8 So.3d 1179 (2009)
LOWELL HOMES, INC., et al., Appellant,
v.
SPEEDY CONCRETE CUTTING, INC., Appellee.
No. 3D08-1262.
District Court of Appeal of Florida, Third District.
April 15, 2009.
Rehearing and Rehearing En Banc Denied May 27, 2009.
Richard J. Burton and Peter J. Solnick, Aventura, for appellants.
Palmer, Lugo & Olea and Anthony E. Palmer, Ft. Lauderdale, for appellee.
Before GERSTEN, C.J., and COPE and SUAREZ, JJ.
*1180 PER CURIAM.
Affirmed. See Langley v. Knowles, 958 So.2d 1149, 1151 (Fla. 5th DCA 2007).